563 So.2d 609 (1990)
David THORNHILL
v.
STATE of Mississippi.
No. 07-KA-58677.
Supreme Court of Mississippi.
Decided June 27, 1990.
Cotton Ruthven, Waller & Waller, Jackson, for appellant.
Edwin Lloyd Pittman, Atty. Gen., elected Supreme Court Justice Jan. 3, 1989, Mike C. Moore, Atty. Gen., DeWitt Allred, Sp. Asst. Atty. Gen., Jackson, for appellee.
Petition for Rehearing Denied.
DAN M. LEE, P.J., dissents.
HAWKINS, P.J., and PITTMAN, J., not participating.